**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION**

| | |
|---|---|
| **JARED SCHUELLER** )<br>**Individually** )<br>)<br>   **Plaintiffs,** )<br>)<br>vs. )<br>)<br>**REMINGTON ARMS COMPANY, LLC,** )<br>**And SPORTING GOODS PROPERTIES,** )<br>**INC.** )<br>)<br>   **Defendants.** ) | Case No. 2:11cv00108 |

**STIPULATION TO DISMISS**

  COME NOW the plaintiffs and the defendants, by their undersigned attorneys, and based upon the settlement agreement entered into by the parties, stipulate and agree that plaintiffs' Complaint (DKT 1) be dismissed in its entirety with prejudice, the parties to bear their own costs.

            Respectfully submitted,

            */s/ Andrew S. LeRoy*
            **One of the Attorneys for Plaintiff**

            Bergquist Law Firm
            322 West 2nd Street
            P.O. Box 257B
            Lakota, ND 58344
            Phone 701-247-2970
            Fax 701-247-2471
            blf@polarcomm.com

Timothy W. Monsees
Andrew S. LeRoy
Monsees & Mayer, P.C.
4717 Grand Avenue, Suite 820
Kansas City, MO  64112
Tele:   816-361-5555
tmonsees@monseesmayer.com

**Attorneys for Plaintiff**


-- And –


*/s/ Andrew A. Lothson*
**One of the Attorneys for Defendants**

Michael D. Nelson
Ohnstad Twichell
901 13th Ave. E.
P.O. Box 458
West Fargo, ND 58078-0458
701-282-3249
mnelson@ohnstadlaw.com

Dale Willis (*pro hac vice*)
Andrew Lothson (*pro hac vice*)
Swanson Martin and Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100
dwills@smbtrials.com
alothson@smbtrials.com

**Attorneys for Defendants**