IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| Jared Schueller , | ) |
| | ) |
| Plaintiff, | ) Case No. 2:11-cv-108 |
| | ) |
| -vs- | ) **ORDER OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| Remington Arms Company, LLC, and | ) |
| Sporting Goods Properties, Inc., | ) |
| | ) |
| Defendants. | ) |

Before the Court is the parties' stipulation of dismissal with prejudice (Doc. #42). Upon consideration, the Court hereby **ADOPTS** the stipulation and **ORDERS** this case dismissed with prejudice and without costs to any party.

**IT IS SO ORDERED**.

Dated this 26th day of June, 2013.

/s/ *Ralph R. Erickson*
Ralph R. Erickson, Chief Judge
United States District Court